**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KERRI HARRISON**                                                                                          **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO.: 4:13-cv-149-MPM-JMV**

**HORNE, LLP**                                                                                       **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

On December 2, 2013, Defendant filed a Motion to Dismiss combining various defenses, including lack of subject matter jurisdiction [4]. Pursuant to L. U. CIV. R. 16(b)(3)(B), [f]iling… a jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion . . . ."

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to dismiss. Defendant shall notify the undersigned magistrate judge within seven (7) days of a decision on the jurisdictional defense motion and shall submit a proposed order lifting the stay.

**SO ORDERED**, this the 9th day of January, 2014.

                                                                 /s/ Jane M. Virden
                                                                **UNITED STATES MAGISTRATE JUDGE**